IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES D. SCHNELLER,           :
                                     :
        Appellant.           :          CIVIL ACTION NO. 14-6122
                                     :
                                     :          ADVERSARY NO. 13-529(JFK)

## ORDER

**AND NOW**, this 29th day of September, after considering the (1) motion to appeal *in forma pauperis* (Doc. No. 4), (2) motion for leave to register as an ECF user (Doc. No. 6), (3) motion to open or vacate dismissal and reinstate appeal (Doc. No. 7), and (4) motion to transfer appeal in lieu of statement to show cause (Doc. No. 11) filed by the *pro se* appellant, James D. Schneller; and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

    1.    The motion to appeal *in forma pauperis* (Doc. No. 4) is **GRANTED** and the appellant has leave to appeal *in forma pauperis*;

    2.    The motion for leave to register as an ECF user (Doc. No. 6) is **DENIED**;

    3.    The motion to open or vacate dismissal and reinstate appeal (Doc. No. 7) is **DENIED**; and

    4.    The motion to transfer appeal in lieu of statement to show cause (Doc. No. 11) is **DENIED**.

                                BY THE COURT:


                                */s/ Edward G. Smith, J.*
                                EDWARD G. SMITH, J.